**Jamaal GITTENS, Plaintiff–Appellant,**

v.

**State of SOUTH CAROLINA, Defendant–Appellee.**

**Jamaal Gittens, Plaintiff–Appellant,**

v.

**State of South Carolina, Defendant–Appellee.**

Nos. 15–2206, 15–2294.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: Feb. 29, 2016.

Jamaal Gittens, Appellant Pro Se.

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamaal Gittens appeals the district court's orders accepting the recommendations of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaints. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gittens v. South Carolina*, No. 3:15–cv–02841–MGL (D.S.C. Sept. 30, 2015); *Gittens v. South Carolina*, No. 6:15–cv–03108–MGL (D.S.C. Oct. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

*AFFIRMED.*